IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01110-PAB-KMT

SHIRE LLC,
SUPERNUS PHARMACEUTICALS, INC.,
SHIRE DEVELOPMENT INC.,
SHIRE INTERNATIONAL LICENSING B.V.,
AMY F.T. ARNSTEN, PH.D.,
PASKO RAKIC, M.D., and
ROBERT D. HUNT, M.D.,

     Plaintiffs,

v.

SANDOZ INC.,

     Defendant.

---

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

     This matter is before the Court on defendant's Motion to Dismiss Plaintiffs' Complaint [Docket No. 26, public entry at Docket No. 30]. On July 12, 2011, plaintiffs filed a First Amended Complaint [Docket No. 35]. Thus, the First Amended Complaint became the operative pleading in this action, and the Motion to Dismiss [Docket No. 26, 30] is directed to an inoperative, superseded pleading. *See, e.g., Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted). As such, the motion to dismiss is moot. It is

     ORDERED that defendant's Motion to Dismiss [Docket No. 26, 30] is DENIED as moot.

     DATED July 15, 2011.