IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01110–PAB–KMT

SHIRE LLC,
SUPERNUS PHARMACEUTICALS, INC.,
SHIRE DEVELOPMENT INC.,
SHIRE INTERNATIONAL LICENSING B.V.,
AMY F.T. ARNSTEN, PH.D,
PASKO RAKIC, M.D., and
ROBERT D. HUNT, M.D.,

    Plaintiffs,

v.

SANDOZ INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The parties' "Joint Motion for Second Extension of Time to File Stipulated Protective Order" (Doc. No. 55, filed Sept. 2, 2011) is GRANTED. The parties shall have until September 12, 2011 to file a Proposed Stipulated Protective Order.

Dated: September 7, 2011