IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-01110-RBJ-KMT

SHIRE LLC,
SUPERNUS PHARMACEUTICALS, INC.,
SHIRE DEVELOPMENT INC.,
SHIRE INTERNATIONAL LICENSING B.V.
AMY F.T. ARNSTEN, PH.D.,
PASKO RAKIC, M.D., and
ROBERT D. HUNT, M.D.

      Plaintiffs,

v.

SANDOZ INC.

      Defendant.

# ORDER

As directed by the magistrate judge, the parties have filed their "Status Report Regarding Claim Construction." They do not agree on a schedule. Having reviewed their respective positions, the Court adopts the schedule proposed by the defendant. As attractive as it might be to have the views of other courts on the construction of the same terms, the Court finds that the plaintiffs' proposed schedule creates the potential for delay that is potentially unfair to the defendant, which is not a party to the cases pending in Delaware, West Virginia and California, and not consistent with this Court's view of the efficient administration of the case.

DATED this 6th day of December, 2011.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge