IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.:** 1:11-cv-01110-RBJ-KMT

SHIRE LLC, )
SUPERNUS PHARMACEUTICALS, INC., )
SHIRE DEVELOPMENT INC., )
SHIRE INTERNATIONAL LICENSING )
B.V., )
AMY F.T. ARNSTEN, PH.D., )
PASKO RAKIC, M.D., and )
ROBERT D. HUNT, M.D., )
                                                 )
             Plaintiffs, )
                                                 )
           v. )
                                                 )
SANDOZ INC., )
                                                 )
             Defendant. )

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Pursuant to this Court's Claim Construction Order (Dkt. 85), Plaintiffs Shire LLC; Supernus Pharmaceuticals, Inc.; Shire Development Inc.; Shire International Licensing B.V.; Amy F.T. Arnsten, Ph.D.; Pasko Rakic, M.D.; and Robert D. Hunt, M.D. (collectively "Plaintiffs") and Defendant Sandoz Inc. ("Sandoz") hereby submit their Joint Claim Construction and Prehearing Statement.

## I. Agreed Constructions

The parties agree on the constructions for the terms listed in attached Exhibit A.

## II. Proposed Constructions for Disputed Claim Terms and Supporting Evidence

### A. Plaintiffs' Position

Plaintiffs' proposed constructions for the disputed claim terms of the patents in suit are listed in attached Exhibit B. Exhibit B also identifies all intrinsic and extrinsic evidence that supports Plaintiffs' constructions.

### B. Sandoz's Position

Sandoz's proposed constructions for the disputed claim terms of the patents in suit are listed in attached Exhibit C. Exhibit C also identifies all intrinsic and extrinsic evidence that supports Sandoz's constructions.

## III. Anticipated Time Necessary for the Claim Construction Hearing

The parties anticipate not more than three hours (1.5 hours each side) will be necessary to present the arguments in support of their respective positions.

IV.     **Witnesses and Experts Required for the Claim Construction Hearing**

The parties do not anticipate the use of fact or expert witness testimony regarding the claim construction issues presented.

V.      **Additional Issues for a Prehearing Conference**

The parties expect that the claim construction issues will be presented, for the most part, one claim term at a time -- with each side presenting its position as to the particular disputed claim term in turn, beginning with Plaintiffs.Certain common disputes over claim language may be grouped together such that each side will present its view as to a disputed phrase or concept present in multiple claims (e.g., "behavioral disinhibition/disinhibitory behavior"). Counsel for the parties will work together to attempt an efficient agenda for the presentation.

At present, the parties do not have any additional issues that need to be addressed at a prehearing conference.

Respectfully submitted,

Dated: March 23, 2012

By: /s Thomas C. Bell/
Thomas C. Bell
DAVIS GRAHAM & STUBBS LLP
1550 Seventeenth St.
Suite 500
Denver, Colorado 80202
Email: tom.bell@dgslaw.com
Telephone: (303) 892-9400
Facsimile: (303) 893-1379

Of Counsel:
Edgar H. Haug
Sandra Kuzmich
Jason Lief Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Email: ehaug@flhlaw.com
Email: skuzmich@flhlaw.com
Email: jlief@flhlaw.com
Telephone: (212) 588-0800
Facsimile: (212) 588-0500

Gregory F. Wesner
Elizabeth J. Weiskopff
Frommer Lawrence & Haug LLP
1191 2nd Avenue
Suite 2000
Seattle, Washington 98101
Email: gwesner@flhlaw.com
Email: eweiskopff@flhlaw.com
Tel: (206) 336-5690
Fax: (206) 336-5691

Bryan Braunel (Pro Hac Vice motion to be filed)
Frommer Lawrence & Haug LLP
1667 K Street NW
Suite 500
Washington DC 20006
Email: bbraunel@flhlaw.com
Email: rbardenstein@flhlaw.com
Tel: (202) 292-1530
Fax: (202) 292-1531

*Attorneys for Plaintiffs*


By: /s ES/jl/


Edward C. Stewart
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Telephone: 303.244.1800
Facsimile: 303.244.1879
E-mail: stewart@wtotrial.com

and

Richard T. Ruzich
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, Illinois 60603-3433
Telephone: 312.499.6783
Facsimile: 312.896.5652
Email: rtruzich@duanemorris.com

*Attorneys for Defendant Sandoz Inc.*