## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No.:** 1:11-cv-01110-RBJ-KMT

SHIRE LLC,                                                    )
SUPERNUS PHARMACEUTICALS, INC.,                              )
SHIRE DEVELOPMENT INC.,                                      )
SHIRE INTERNATIONAL LICENSING                                )
B.V.,                                                        )
AMY F.T. ARNSTEN, PH.D.,                                     )
PASKO RAKIC, M.D., and                                       )
ROBERT D. HUNT, M.D.,                                        )
                                                             )
       Plaintiffs,       )
                                                             )
    v.                                   )
                                                             )
SANDOZ INC.,                                                 )
                                                             )
      Defendant.               )

## ORDER GRANTING "EMERGENCY
## JOINT MOTION TO AMEND SCHEDULING ORDER"

THIS MATTER, having come before the Court upon the "Emergency Joint Motion to Amend Scheduling Order" (the "Motion") and the Court being fully apprised in the premise, it is,

HEREBY ORDERED, that the Motion be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the Scheduling Order in this case is modified as follows:

| Event | Current Deadline/Date | Modified Date |
|-------|----------------------|---------------|
| Close of fact discovery | 11/30/12 | 1/30/13 |
| Close of expert discovery | 3/29/2013 | 5/29/13 |
| Dispositive motion deadline | 4/8/2013 | 6/7/13 |
| Opening expert reports | 2/5/2013 | 4/5/13 |
| Rebuttal expert reports | 2/26/2013 | 4/26/13 |
| Reply expert reports | 3/8/2013 | 5/8/13 |
| Final pretrial conference | 4/18/2013 | 6/18/13 |

DATED this 22nd day of October, 2012.

BY THE COURT:

_____
United States District Court Judge